IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV100

| | |
|---|---|
| TRANSPORTATION INSURANCE CO., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER GRANTING** |
| ) | **PRO HAC VICE ADMISSION** |
| CARTNER GLASS SYSTEMS, INC., ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court upon the motion of plaintiff Transportation Insurance Company to allow **Mark Deckman** to appear *Pro Hac Vice*, filed June 16, 2006 [doc. #11].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Deckman has paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: June 23, 2006

Graham C. Mullen
United States District Judge